Thompson and the Buedingens, and as to the other plaintiffs the judgment is modified by limiting the provisions thereof to injunctive relief against the violation of the covenant as to the erection of a Boston flat and in that particular the injunction is made permanent and as so modified affirmed, without costs on this appeal. All concurred.

GEORGE W. WISE, Respondent, v. CITY OF SYRACUSE, Appellant.— Judgment and order affirmed, with costs. All concurred.

C. JOHN FRANKLIN, as President of the MOOSE CREEK TELEPHONE COMPANY, Appellant, v. THE BLACK RIVER TELEPHONE COMPANY, Respondent.— Judgment affirmed, with costs. All concurred; Merrell, J., not sitting.

ALBERT E. SMITH, Respondent, v. FRANK J. NELSON, Appellant.— Judgment and order affirmed, with costs. All concurred.

FERNE ALLEN and Another, Infants, by PEARL HALLOCK, Their Guardian ad Litem, Appellants, v. ROGER G. LITCHARD and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LONTO BUSCAGLIA, Appellant.— Judgment of conviction reversed, and new trial granted. Held, that the trial court erred in applying to this case the rule applicable to junk dealers. All concurred.

GEORGE J. FLEINER, Respondent, v. ALBERT J. CHESTNUT, Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide event, upon the ground that the verdict is excessive, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to $2,700 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

FRANK & MILLER, INC., Appellant, v. CELIA ELMORE, Respondent.— Judgment affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE ACQUAVIVA, Appellant.— Judgment of conviction and order denying motion for new trial reversed and new trial granted. Held, that while the evidence may have been sufficient to require the case to have been submitted to the jury, the evidence as to defendant's guilt is so unsatisfactory and the verdict so against the weight of the evidence that the verdict should not stand. All concurred.

JOHN PINCZEWSKI, an Infant, by JOSEPH PINCZEWSKI, His Guardian ad Litem, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order reversed and complaint dismissed, with costs. Held, that the plaintiff was clearly a trespasser upon the defendant's tracks and failed to make out a cause of action against the defendant. All concurred.

MILDRED REEVES, an Infant, by HENRY REEVES, Her Guardian ad Litem, Respondent, v. NORTHERN CENTRAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

BERT F. HARRY, Respondent, v. FRED WESTCOTT and Another, Appellants. — Judgment and order affirmed, with costs. All concurred.